**Order entered May 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00192-CV

### DR. SHIVA SHIRVANI, Appellant

### V.

### HEALTHCARE HOLDINGS, LLC, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-17-04895-E**

## ORDER

Before the Court is appellant's April 30, 2019 unopposed motion for an extension of time to file her brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on April 30, 2019 filed as of the date of this order.

/s/    KEN MOLBERG
JUSTICE